**CERTIFICATE OF SERVICE**

I, Rebecca D. Ward, hereby certify that on September 2, 2003 I caused a true and accurate copies of the foregoing Reply and Affirmative Defenses to Amended Counterclaims to be delivered by first-class mail, addressed as follows:

>Susan L. Bucknum, Esquire
>CONRAD O'BRIEN GELLMAN & ROHN, P.C.
>1515 Market Street, 16th Floor
>Philadelphia, PA 19102

>s/ Rebecca D. Ward
>Rebecca D. Ward