## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUNGARD RECOVERY SERVICES, LP : | |
| : | |
| Plaintiff, : | |
| : | No. 2:02-CV-04444-PBT |
| -v.- : | |
| : | |
| COMCAR INDUSTRIES, INC. : | |
| : | |
| Defendant : | |
| : | |

### PRAECIPE FOR SUBSTITUTION OF APPEARANCE

TO THE CLERK:

      Kindly substitute counsel for Defendant/Counterclaim Plaintiff, Comcar Industries, Inc.:

Withdraw my appearance:      And enter my appearance:

_____    _____

SUSAN L. BUCKNUM         ROBERT TOLAND II
WILLIAM J. O'BRIEN        SUSAN L. BUCKNUM
CONRAD O'BRIEN GELLMAN &    CAMPBELL CAMPBELL EDWARDS & CONROY, PC
ROHN, PC            Three Glenhardie Corporate Center
1515 Market St., 16 Floor    1265 Drummers Lane, Suite 200
Philadelphia, PA 19102      Wayne, PA 19087
(215) 864-9600          (610) 964-1900

Dated:  December 18, 2003

## CERTIFICATE OF SERVICE

I, Susan L. Bucknum, Esquire, certify that a true and correct copy of the attached Praecipe for Substitution of Appearance was caused to be served on the following by depositing the same in the United States mail, first class postage prepaid, on December 18, 2003:

Rebecca Ward, Esquire
Blank Rome Comisky & McCauley, LLP
One Logan Square
Philadelphia, PA 19103

SUSAN L. BUCKNUM