IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUNGARD RECOVERY SERVICES L.P., a limited partnership, formerly known as SunGard Recovery Services Inc.<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>COMCAR INDUSTRIES, INC., a Florida Corporation,<br><br>　　　　　　　　Defendant. | Civil Action<br><br>No. 02-4444 (PBT) |

## ORDER

AND NOW, this ___ day of _____, 2004, upon consideration of Plaintiff SunGard Recovery Services L.P.'s Motion for Pretrial Conference pursuant to Fed. R. Civ. P. 16, it is hereby ORDERED and DECREED that a Pretrial Scheduling and Management Conference shall take place in Courtroom ___, on the following date and time: _____.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____ J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUNGARD RECOVERY SERVICES L.P., a limited partnership, formerly known as SunGard Recovery Services Inc.<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>COMCAR INDUSTRIES, INC., a Florida Corporation,<br><br>　　　　　　　Defendant. | Civil Action<br><br>No. 02-4444 (PBT) |

## MOTION FOR PRETRIAL SCHEDULING AND MANAGEMENT CONFERENCE PURSUANT TO FED. R. CIV. P. 16

Plaintiff SunGard Recovery Services L.P., by its undersigned counsel, hereby moves for a Pretrial Conference pursuant to Federal Rule of Civil Procedure 16. Plaintiff respectfully submits that a Rule 16 Scheduling and Management Conference is appropriate at this juncture to expedite the disposition of this action and facilitate possible settlement of the case.

　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　BLANK ROME, LLP

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　JAMES T. SMITH, ESQUIRE
　　　　　　　　　　　　　DANIEL E. RHYNHART, ESQUIRE
　　　　　　　　　　　　　Attorney I.D. Nos. 39933 & 78248
　　　　　　　　　　　　　One Logan Square
　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　(215) 569-5371

Dated: October 14, 2004　　　　Attorneys for Plaintiff SunGard Recovery Services L.P., formerly known as SunGard Recovery Services Inc.

## CERTIFICATE OF SERVICE

I, Daniel E. Rhynhart, certify that a true and correct copy of Plaintiff's Motion for Pretrial Scheduling and Management Conference Pursuant to Fed. R. Civ. P. 16 was served on October 14, 2004, via U.S. Mail, postage prepaid, upon the following counsel of record:

>Susan L. Bucknum, Esq.
>Campbell, Campbell, Edwards & Conroy, P.C.
>Three Glenhardie Corporate Center
>1265 Drummers Lane, Suite 200
>Wayne, PA 19087

DANIEL E. RHYNHART