IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**SUNGARD RECOVERY SERVICES, L.P.**
    **Plaintiff,**                          :

                                          CIVIL ACTION

    **vs.**                                        :

                                          NO. 02-4444

**COMCAR INDUSTRIES, INC.**
    **Defendant.**                         :

**O R D E R**

        AND NOW, this ____ day of October , 2004, upon consideration of Plaintiff SunGard's Motion for Pretrial Conference pursuant to Fed. R. Civ.P. 16, **IT IS HEREBY ORDERED** that the Rule 16 Conference shall take place on Tuesday, November 16th, 2004 at 10am.[1]

                                          BY THE COURT:

                                          _____
                                          Petrese B. Tucker, J.

---

[1] See Notice regarding Rule 16 Conference accompanying this Order.