### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SUNGARD RECOVERY SERVICES, L.P.** | : | |
| **Plaintiff/Counterclaim Defendant,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | **NO. 02-4444** |
| **COMCAR INDUSTRIES, INC.,** | : | |
| **Defendant/Counterclaim Plaintiff.** | : | |

## ORDER

    **AND NOW**, this _____ day of April, 2005, upon consideration of the parties' joint request for an extension of the discovery deadline in order to engage in settlement negotiations, **IT IS HEREBY ORDERED AND DECREED** that the parties shall have a two-week extension. Specifically, the parties shall have until Friday, April 15, 2005 to complete discovery. Additional deadlines, relating to discovery are modified as follows:

> As the parties, have proposed in this matter, expert reports, if any, shall be served on or before April 30, 2005. The parties shall serve rebuttal expert reports, if any, on or before May 30, 2005. And expert depositions, if any, shall be completed on or before June 30, 2005.

    **IT IS FURTHER ORDERED** that other dates delineated in the Scheduling Order filed on November 17, 2004 shall remain in effect.

**BY THE COURT:**

_____

**Hon. Petrese B. Tucker, U.S.D.J.**