UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUNGARD RECOVERY SERVICES, LP : | |
| Plaintiff, : | |
| : | No. 2:02-CV-04444-PBT |
| -v.- : | |
| COMCAR INDUSTRIES, INC. : | |
| Defendant : | |

### JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

Plaintiff, SunGard Recovery Services, LP, and Defendant Comcar Industries, Inc., hereby jointly submit this motion requesting an extension of thirty (30) days on all the Scheduling Order deadlines to permit the parties to continue settlement discussions.

The parties have been engaging in extensive settlement negotiations. As part of a potential settlement, the parties seek to enter into a continuing business relationship by executing a new business agreement for services to be provided by SunGard to Comcar. The negotiations between the parties to structure such a settlement have been productive, and both sides believe that a settlement will be reached in the immediate future. The parties seek to have all scheduling deadlines extending by thirty days to ensure that they can actively pursue settlement without waiving the applicable deadlines. To date, the parties have exchanged and responded to written discovery.

For these reasons, the parties jointly request this Court to enter the attached proposed Amended Scheduling Order.

Respectfully submitted,                              Respectfully submitted,

_____                          /s/ Susan L. Bucknum
**REBECCA WARD**                                     **SUSAN L. BUCKNUM**
**BLANK ROME LLP**                                   **CAMPBELL CAMPBELL CAMPBELL**
**One Logan Square**                                 **EDWARDS & CONROY, P.C**
**18th & Cherry Streets**                            690 Lee Road, Suite 300
Philadelphia, PA 19103                               Wayne, Pa 19087
(215) 569-5500                                       (610) 964-1900
(215) 569-5555                                       (610) 964-1981 (fax)


Dated: April 14, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SUNGARD RECOVERY SERVICES, LP**: | |
| **Plaintiff,** : | |
| : | No. 2:02-CV-04444-PBT |
| -v.- : | |
| : | |
| **COMCAR INDUSTRIES, INC.** : | |
| **Defendant** : | |

## AMENDED SCHEDULING ORDER

**AND NOW,** this _____ day of April, 2005, upon consideration of the parties joint request for an extension of the discovery deadline in order to engage in settlement negotiations, **IT IS HEREBY ORDERED AN DECREED** that the parties shall have a thirty day extension on all scheduling deadlines. Specifically, the parties have until May 15, 2005, to complete discovery. The additional scheduling deadlines are extended as follows:

    As the parties have proposed in this matter, expert reports, if any, shall be served on or before May 30, 2005. The parties shall exchange rebuttal expert reports, if any, on or before June 29, 2005. Expert depositions, if any, shall be completed on or before July 30, 2005.

    All motions for summary judgment or partial summary judgment shall be filed and served on or before August 31, 2005. All briefs in opposition shall be filed and served on or before September 14, 2005.

    The case will be placed on the court's trial list on October 12, 2005.

BY THE COURT:

_____
HON. PETRESE B. TUCKER, U.S.D.J.