IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUNGARD RECOVERY SERVICES L.P., : <br><br> Plaintiff/Counterclaim Defendant, : <br><br> v. : <br><br> COMCAR INDUSTRIES, INC., : <br><br> Defendant/Counterclaim Plaintiff. : | Civil Action No. 02-4444 (PBT) |

## STIPULATION OF DISMISSAL

It is hereby STIPULATED and AGREED by and between Plaintiff/Counterclaim Defendant SunGard Recovery Services LP, formerly known as SunGard Recovery Services Inc. ("SunGard") and Defendant/Counterclaim Plaintiff Comcar Industries, Inc. ("Comcar"), by their undersigned counsel, that the above-captioned matter shall be dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

BLANK ROME LLP

*/s/ James T. Smith/*
James T. Smith, Esq.
Daniel E. Rhynhart, Esq.
One Logan Square
Philadelphia, PA 19103
Telephone: (215) 569-5500
Facsimile: (215) 832-5371

Attorneys for Plaintiff,
SunGard Recovery Services LP

CAMPBELL, CAMPBELL, EDWARDS
& CONROY, P.C.

*/s/ Susan L. Bucknum/*
Susan L. Bucknum, Esq.
690 Lee Road, Suite 300
Wayne, PA 19087
Telephone: (610) 964-1900
Facsimile: (610) 964-1981

Attorney for Defendant,
Comcar Industries, Inc.