## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| **SUNGARD RECOVERY SERVICES, L.P.** | : | |
| **Plaintiff/Counterclaim Defendant,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | **NO. 02-4444** |
| **COMCAR INDUSTRIES, INC.,** | : | |
| **Defendant/Counterclaim Plaintiff.** | : | |

## ORDER

**AND NOW**, this _____ of July, 2005, upon consideration of counsels' Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) (Doc.29), **IT IS HEREBY ORDERED and DECREED** that the above-captioned case is **DISMISSED**.

**IT IS FURTHER ORDERED** that the clerk of the court shall designate the above-captioned case **CLOSED**.

**BY THE COURT**:

_____

**Hon. Petrese B. Tucker, U.S.D.J.**